IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05CR122

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| COREY JAMES LEE. | ) | |
| | ) | |

**THIS MATTER** is before the court on the court's own Motion to Strike a Warrant for Arrest of Defendant. Based upon a suggestion of death upon the record, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that upon the court's Motion to Strike Warrant for Arrest of Defendant is **GRANTED**, and the August 8. 2007, Warrant for Arrest of defendant is **STRICKEN.**

```
Signed: August 22, 2007
```

Dennis L. Howell
United States Magistrate Judge